IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mary Beth McHugh, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv734 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Social Security Commissioner, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 15, 2011(Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 2, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff Disability Insurance Benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge is instructed to discern and present a coherent rationale behind the onset date of Plaintiff's disability; properly assess and evaluate the opinion evidence, including Dr. Saroch's treating source opinions and the post-hearing assessments of Dr. Heiskell and Dr. Provaznik, in accordance with agency regulations and controlling law; and properly consider plaintiff's credibility and complaints of pain, and provide a clear explanation for the conclusions reached therein.

As no further matters remain pending for the Court's review, this case is hereby

**TERMINATED.**

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court